Tenant, Appellant.— Motion for leave to appeal to the Appellate Division denied. with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

LOUIS SPOLTER, Appellant; SAMUEL MOVERMAN, Plaintiff, v. ISIDORE WEINBAUM, Respondent.— Motion for leave to submit a brief as *amicus curiæ* granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

LOUIS SPOLTER, Appellant; SAMUEL MOVERMAN, Plaintiff, v. ISIDORE WEINBAUM, Respondent.— Motion for an order directing the New Amsterdam Casualty Company to become a party denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

LEITO KILDARE ADAMS, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of FRANCIS WRIGHT CLINTON, Deceased, Appellant. (Appeal No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

ARTHUR C. AGOGLIA, Appellant, v. WILLIAM J. HEFFERNAN, Respondent.— Order denying motion for examination before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The examination is to proceed on five days' notice at Special Term, Part 2, Kings county. In our opinion, the record does not disclose any want of good faith on the part of the plaintiff in making the application, and he is entitled to examine the defendant upon the matters stated. Young, Tompkins and Davis, JJ., concur; Hagarty, J., dissents on authority of *Finkelstein* v. *Rabinowitz* (*ante*, p. 848, decided Dec. 23, 1932); Kapper, J., not voting.

THE ALLERWAN COMPANY, Plaintiff, v. LAURA M. HERMANN and Others, Defendants, Impleaded with UNION BANK OF BROOKLYN, etc., Appellant, and LAURA T. BURTON and Others, Respondents.— Order reversed on the law, with ten dollars costs and disbursements, motion to confirm referee's report denied, with ten dollars costs, and an order directed to be entered that the appellant's claim to the surplus moneys under its mortgage is valid and superior to the claim of the respondents and that the appellant is entitled to said surplus moneys. In our opinion, the filing by the appellant of its claim to the surplus moneys constituted a commencement of the proceeding and preserved the lien of its mortgage thereon. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

SAMUEL BAGON, Appellant, v. MANUFACTURERS TRUST COMPANY and JOHN H. MEYERHOLZ, Respondents.— Order striking out certain paragraphs of the complaint affirmed, with ten dollars costs and disbursements. Defendants' time to answer is extended ten days from the date of entry of the order hereon. No opinion. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.

DAVID BALBES, Respondent, v. ROSARIO DELELLO, Appellant.— Order of the City Court of Yonkers setting aside the verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Carswell and Tompkins, JJ.

THE BAY RIDGE DOCK CO., INC., and NORTHERN DOCK COMPANY, INC., Appellants, v. UNITED DRY DOCKS, INCORPORATED, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [146 Misc. 404.]

JOHN BERTA, Respondent, v. MAK FRUIT & VEGETABLE MARKET, INC., Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs.